# In the United States Court of Federal Claims

No. 19-1805C
Filed: October 16, 2020

| | |
|---|---|
| **SAVANTAGE FINANCIAL SERVICES, INC.,** | |
| *Plaintiff,* | |
| v. | |
| **UNITED STATES,** | |
| *Defendant.* | |

## ORDER

Pursuant to the Memorandum Opinion filed under seal concurrently with this Order, the plaintiff's motion for judgment on the administrative record (ECF 43) is **DENIED**, the defendant's motion for partial dismissal (ECF 44) is **DENIED**, and the defendant's cross-motion for judgment on the administrative record (ECF 44) is **GRANTED.**

The Clerk is **DIRECTED** to enter judgment for the defendant. No costs are awarded.

The parties shall jointly file with the Court no later than **October 28,** 2020, proposed redactions to the Memorandum Opinion so that the Court may issue it publicly.

It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**